No. 49. W. H. H. CHAMBERLIN, INC. *v.* ANDREWS, INDUSTRIAL COMMISSIONER OF NEW YORK, ET AL.;

No. 50. E. C. STEARNS & Co. *v.* SAME; and

No. 64. ASSOCIATED INDUSTRIES OF NEW YORK STATE, INC. *v.* DEPARTMENT OF LABOR OF NEW YORK ET AL. Argued November 11, 12, 1936. Decided November 23, 1936. *Per Curiam:* The judgments in these cases are severally affirmed by an equally divided Court. *Messrs. Henry S. Fraser* and *Frederick H. Wood,* with whom *Messrs. Reynolds Robertson, Thomas T. Cooke,* and *G. Everett DeMore* were on the brief, for appellants in Nos. 49 and 50. *Mr. James McCormick Mitchell,* with whom *Messrs. Ernest J. Brown* and *Harold V. Potter* were on the brief, for appellant in No. 64. *Mr. Henry Epstein,* Solicitor General of New York, with whom *Mr. John J. Bennett, Jr.,* Attorney General, was on the brief, for appellees.

No. —, original. EX PARTE JAMES J. WALTER. November 23, 1936. Motion for leave to file petition for writ of habeas corpus denied.